IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHIMODA-ATLANTIC, INC.                                                PLAINTIFF

VS.                        CASE NO. 07-CV-5222

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC. f/k/a NATIONAL
ASSOCIATION OF SECURITIES DEALERS,
INC. and NASD REGULATION, INC.                                        DEFENDANTS

### **J U D G M E N T**

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Plaintiff's Motion to Remand (Doc. 6) is **DENIED**, and Defendants' motion to dismiss (Doc. 2) is **GRANTED**. Accordingly, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. Each party is to bear its own fees and costs. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 8th day of May, 2008.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**